Request for Jurisdiction Transfer                                      February 2, 2026
Name of Offender: Giancarlo Bozzo

| | |
|---|---|
| ✎PROB 22<br>(Rev.  01/24) | DOCKET NUMBER *(Tran. Court)*<br>2:23-CR-00147-JLS |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00020-RFB-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>Western |
|---|---|---|
| Mr. Giancarlo Bozzo<br><br>Las Vegas, Nevada 89108<br><br>☒ FILED   ___ RECEIVED<br>___ ENTERED   ___ SERVED ON<br>02/05/2026<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY:_____ DEPUTY | NAME OF SENTENCING JUDGE<br>Josephine L. Staton | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>November 5, 2025 | TO<br>November 4, 2026 |

OFFENSE
26 U.S.C 7206(2), Aiding and Assisting in the Preparation of False Tax Returns, Class E Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Bozzo has a strong support system and familial ties in Nevada and expects to remain there for the duration of his supervised release. The Probation Office in the District of Nevada has requested a transfer of jurisdiction to address any violation conduct with an appropriate sanction.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 2, 2026
*Date*

*Josephine L. Staton*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/13/2026
*Effective Date*

*United States District Judge*